# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802

(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN
56537
(218) 739-5758

August 25, 2005

**RE: Case Name:** USA vs Jorge Garcia
**Case Number:** 0:01-CR-00180(1) MJD

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 200.00 | 12/13/01 |

Sincerely,
s/Sheri Carlson
Financial Technician

FILED 8/25/05
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 1-19-00
Deputy Clerk's Initials SC